UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Toni Brown,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PCI Roads, LLC,** )<br>)<br>**Defendant.** ) | Case No. 4:10-cv-01361-UNA |

## ORDER

On July 27, 2010, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Audrey G. Fleissig, U.S. District Judge.

Dated this 27th day of July, 2010.

JAMES G. WOODWARD
Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:10-cv-00044-AGF.**